_____

No. 96-2388
_____

Charles Gordon Long,                    *
                                        *
          Appellant,                    *
                                        *
     v.                                 *
                                        *
Ann Barry, Individually and as          *
Commissioner of the Department          *
of Health; Frank Wood,                  *
Individually and as Commissioner *
of Department of Corrections;           *  Appeal from the United States
Dana Baumgartner, Individually          *  District Court for the
and as Health Services Director         *  District of Minnesota.
of the Department of Corrections;*
Dennis Benson, Individually             *        [UNPUBLISHED]
and as Warden of the Minnesota          *
Correctional Facility at                *
Stillwater; Angelito Ramos, Dr., *
Individually and as Chief               *
Medical Officer of the Minnesota *
Correctional Facility at                *
Stillwater,                             *
                                        *
          Appellees.                    *


_____

          Submitted:  October 22, 1996

             Filed:  November 27, 1997
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Charles Gordon Long brought this action against a physician and four
state officials, claiming constitutional and state law violations, after
his prescription pain medication was withheld from him during his pretrial
detention at a state correctional

facility.  The four state officials moved for summary judgment, the district court[1] granted the motion, and Long appeals.

The order granting summary judgment to four of the five defendants was not a final, appealable order, and we therefore lack jurisdiction over this appeal.  See 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b).  Accordingly, we dismiss the appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

-2-